```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12147
   BRANDI Q PICOU
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2937

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/13/2008 and was confirmed 08/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.31%.

     The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED VEHIC    13350.29             .00       932.88
SANTANDER CONSUMER USA    UNSECURED          373.73             .00          .00
ROUNDUP FUNDING LLC       UNSECURED         1245.10             .00          .00
ASPIRE                    NOTICE ONLY      NOT FILED            .00          .00
CHICAGO FAMILY HEALTH CE  UNSECURED        NOT FILED            .00          .00
CITY OF CHICAGO PARKING   UNSECURED           766.25            .00          .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY      NOT FILED            .00          .00
COMCAST                   UNSECURED        NOT FILED            .00          .00
COMMONWEALTH EDISON       UNSECURED           582.45            .00          .00
CAPITAL SOLUTIONS INVEST  UNSECURED           342.11            .00          .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED            .00          .00
NATIONAL QUIK CASH        UNSECURED           650.00            .00          .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED            .00          .00
LITTLE COMPANY OF MARY H  NOTICE ONLY      NOT FILED            .00          .00
LITTLE CO OF MARY HOSPIT  NOTICE ONLY      NOT FILED            .00          .00
PAYDAY LOANS              UNSECURED           625.32            .00          .00
QC FINANCIAL SERVICES IN  UNSECURED           650.00            .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           693.70            .00          .00
SPRINT NEXTEL             UNSECURED          2080.70            .00          .00
SPRINT PCS                NOTICE ONLY      NOT FILED            .00          .00
SPRINT PCS                NOTICE ONLY      NOT FILED            .00          .00
TCF NATIONAL BANK         NOTICE ONLY      NOT FILED            .00          .00
U HAUL INTERNATIONAL      UNSECURED        NOT FILED            .00          .00
US CELLULAR               UNSECURED        NOT FILED            .00          .00
VERIZON                   NOTICE ONLY      NOT FILED            .00          .00
VERIZON                   NOTICE ONLY      NOT FILED            .00          .00
MIDWEST VERIZON WIRELESS  UNSECURED           504.94            .00          .00
VERIZON WIRELESS          NOTICE ONLY      NOT FILED            .00          .00
VISTA FAMILY MEDICINE IN  UNSECURED        NOT FILED            .00          .00
WOW INTERNET & CABLE SER  UNSECURED        NOT FILED            .00          .00
CONSUMER PORTFOLIO SERV   UNSECURED          3803.31            .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           995.18            .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12147 BRANDI Q PICOU
```

```
 JOYNER LAW OFFICE        DEBTOR ATTY     2,644.00                          .00
 TOM VAUGHN               TRUSTEE                                         81.12
 DEBTOR REFUND            REFUND                                            .00

      Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
 ------------------------------------------------------------------------------
 TRUSTEE                      1,014.00

 PRIORITY                                                  .00
 SECURED                                                932.88
 UNSECURED                                                 .00
 ADMINISTRATIVE                                            .00
 TRUSTEE COMPENSATION                                    81.12
 DEBTOR REFUND                                             .00
                           ---------------      ---------------
 TOTALS                       1,014.00             1,014.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE